[No. 6460-3-III. Division Three. February 6, 1986.]

KENNETH OWSLEY, ET AL, *Appellants*, v. IRRIGATION SPECIALISTS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 28403, Duane E. Taber, J., entered April 19, 1984. *Reversed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[Nos. 7370-0-III; 7371-8-III. Division Three. February 6, 1986.]

*In the Matter of the Personal Restraint of*
SCOT K. HUNTER, *Petitioner*.

*In the Matter of the Personal Restraint of*
JAMES D. MATTOX, *Petitioner*.

Petitions for relief from personal restraint. *Granted* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ. Now published at 43 Wn. App. 174.

[No. 7114-2-II. Division Two. February 7, 1986.]

BEN S. ELLWANGER, ET AL, *Appellants*, v. THE PLANNING AND COMMUNITY AFFAIRS AGENCY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 82-2-00612-0, Carol A. Fuller, J., entered June 9, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.